IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GOLMAN-HAYDEN CO., INC., et al. | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:07-CV-1723-K |
| ROGER M. SUTTON, et al., | § § | |
| Defendants. | § § | |
| _____ | § § | |
| SUNKIST GROWERS, INC. | § § | |
| Intervenor Plaintiff, | § § | |
| v. | § § | |
| ROGER M. SUTTON, et al. | § § | |
| Intervenor Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Plaintiff Golman-Hayden Company, Inc., Prime Produce, Inc., Gargiulo, Inc., and Taylor Farms Texas, Inc.'s (collectively "Plaintiffs") Motion for Entry of Final Default Judgment (doc. 63).  It appears to the Court that this motion is unopposed and that the Clerk of Court entered the Default of Defendant Mustang Fruit & Vegetable Brokerage, Inc., upon Plaintiffs' Request for Entry of Default by Clerk (doc. 50), filed on February 25, 2009.

Accordingly, the Court **GRANTS** the Plaintiffs' motion.  The Court awards to

Plaintiffs $1,286,490.00, plus prejudgment interest in the amount of $155,091.53, costs in the amount of $1,890.00, and attorneys' fees in the amount of $47,166.35, totaling $1,490,637.88.  The Court also awards any post-judgment interest at the statutory rate set forth in 28 U.S.C. § 1961, which accrues from the date of entry of this judgment until satisfied in full.  The Judgment amount of $1,490,637.88, plus amounts for post-judgment interest, qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e *et seq.* ("PACA"), until satisfied, for which let execution issue.

**SO ORDERED.**

Signed July 28th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE