## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| GOLMAN-HAYDEN CO., INC., et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:07-CV-1723-K |
| | § | |
| ROGER M. SUTTON, et al., | § | |
| | § | |
| Defendants. | § | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | § | |
| | § | |
| SUNKIST GROWERS, INC. | § | |
| | § | |
| Intervenor Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROGER M. SUTTON, et al. | § | |
| | § | |
| Intervenor Defendants. | § | |

## <u>MEMORANDUM OPINION AND ORDER</u>

Before the Court is Intervenor Plaintiff Sunkist Growers, Inc. ("Sunkist") Motion for Default Judgment against Intervenor Defendant Mustang Fruit & Vegetable Brokerage, Inc. (doc. 61). It appears to the Court that this motion is unopposed and that the Clerk of Court entered the Default of Intervenor Defendant Mustang Fruit & Vegetable Brokerage, Inc., upon Sunkist's Request for Entry of Default by Clerk (doc. 54), filed on March 30, 2009.

Accordingly, finding merit in Sunkist's motion, the Court **GRANTS** the default judgment.   The Court awards a principal amount of $39,674.34 plus prejudgment interest of 6% per annum from March 19, 2007, amounting to $4,629.17, for a total of $44,303.51 to Sunkist.  *See* TEX. FIN. CODE ANN. § 302.002 (Vernon's 2009) (statutory interest rate when parties do not agree to a rate).

     **SO ORDERED.**

Signed July 28th, 2009.


_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE